IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| PEGGY MCMILLAN, | * | |
| Plaintiff, | * | |
| v. | | Case No. 1:25-CV-103-ALS |
| | * | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| | * | |
| Defendant. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2026, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 1st day of October, 2026.

.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk